```
                              United States Bankruptcy Court
                              Western District of Washington
In re:                                                                Case No. 15-15473-TWD
Leigh Ann Stone                                                       Chapter 7
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0981-2         User: janiceg                Page 1 of 1         Date Rcvd: Sep 14, 2015
                             Form ID: b9a                 Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2015.
```
db            +Leigh Ann Stone,    3019 SW 110th St,    Seattle, WA 98146-1757
955600529     +Alicia Amiri,    1734 26th Ave. S.,    Seattle, WA 98144-4728
955600531     +Black Mas, Llc,    3019 Sw 110Th St,    Seattle, WA 98146-1757
955600532     +Breskin, Johnson, Townsend Pllc,    1000 Second Ave #3670,    Seattle, WA 98104-1053
955600535     +DWW Associates, LLC,    c/o Arthur Wahl, Reg. Agent,    1420 5th Ave., #1700,
                Seattle, WA 98101-4088
955600534     +Davis Wright Tremaine,    1300 SW 5th Ave., #2400,    Portland, OR 97201-5682
955600536     +Gregory Cavagnaro,    2135 112th Ave. NE, #260,    Bellevue, WA 98004-2923
955600537     +Home Depot,    PO Box 790328,    St Louis, MO 63179-0328
955600539     +James Sullivan,    PO Box 3138,    Renton, WA 98056-0007
955600540      Michael McConnell,    c/o William Cronin,    1001 Fourth Ave., #3900,    Seattle, WA 98154-1051
955600541     +Puget Sound Bank,    10500 NE 8th St., #1500,    Bellevue, WA 98004-4355
955600542     +Riddell Williams PS,    1001 4th Ave., #4500,    Seattle, WA 98154-1065
955600543     +Riordan Law, Ps,    600 Stewart St #1300,    Seattle, WA 98101-1255
955600544     +US Attorney's Office,    Attn: Bankruptcy Assistant,    700 Stewart St, Ste 5220,
                Seattle, WA 98101-4438
955600545     +US Dept of Justice,    950 Pennsylvania Ave NW,    Washington, DC 20530-0009
955600546     +Vio Design and Build, LLC,    c/o Nicole Stone, Reg. Agent,    4738 23rd Ave. SW,
                Seattle, WA 98106-1314
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: gloria@naglerlaw.com Sep 15 2015 00:55:34      Gloria Z Nagler,
                Nagler Law Group PS,    720 Olive Way Suite 1000,    Seattle, WA 98101
tr            +EDI: QNLJAMES.COM Sep 15 2015 00:53:00      Nancy L James,    15008 63rd Dr SE,
                Snohomish, WA 98296-4213
smg            EDI: WADEPREV.COM Sep 15 2015 00:53:00      State of Washington,    Department of Revenue,
                2101 4th Ave, Ste 1400,    Seattle, WA 98121-2300
ust           +E-mail/Text: USTPREGION18.SE.ECF@USDOJ.GOV Sep 15 2015 00:55:46      United States Trustee,
                700 Stewart St Ste 5103,    Seattle, WA 98101-4438
955600530     +EDI: AMEREXPR.COM Sep 15 2015 00:53:00      American Express,    PO Box 650448,
                Dallas, TX 75265-0448
955600533     +E-mail/Text: bklaw2@centurylink.com Sep 15 2015 00:55:57      Century Link,    PO Box 91155,
                Seattle, WA 98111-9255
955600538      EDI: IRS.COM Sep 15 2015 00:53:00      Internal Revenue Service,    Central Insolvency Operations,
                PO Box 7346,    Philadelphia, PA 19101-7346
955600547     +EDI: WFFC.COM Sep 15 2015 00:53:00      Wells Fargo,    Po Box 14411,    Des Moines, WA 50306-3411
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2015                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2015 at the address(es) listed below:
```
              Gloria Z Nagler    on behalf of Debtor Leigh Ann Stone gloria@naglerlaw.com,
               john@naglerlaw.com;michael@naglerlaw.com
              Nancy L James    njames@epitrustee.com, njames@ecf.epiqsystems.com
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

| B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/14) | Case Number **15–15473–TWD** |
|---|---|

# UNITED STATES BANKRUPTCY COURT
Western District of Washington

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
## Notice of Ex Parte Motion to Dismiss if Debtor Fails to Appear at the Sec. 341 Meeting, and Notice of Appointment of Trustee

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on **September 11, 2015**.
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Leigh Ann Stone
dba Crybaby Productions LLC, dba Black Mas LLC,
dba Black Mountain LLC, fdba Crybaby Studios LLC
3019 SW 110th St
Seattle, WA 98146

| Case Number: 15–15473–TWD<br>Office Code: 2 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other nos:<br>xxx–xx–0297 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Gloria Z Nagler<br>Nagler Law Group PS<br>720 Olive Way Suite 1000<br>Seattle, WA 98101<br>Telephone number: 206–224–3462 | Bankruptcy Trustee (name and address):<br>Nancy L James<br>15008 63rd Dr SE<br>Snohomish, WA 98296<br>Telephone number: 425–485–5541<br>Send 4002 documents to: Epiq Document Delivery |

## Meeting of Creditors
Date: **October 15, 2015**   Time: **11:00 AM**
Location: **US Courthouse, Room 4107, 700 Stewart St, Seattle, WA 98101**

**Important Notice to Debtors:** All Debtors (other than corporations and other business entities) must provide picture identification and proof of social security number to the Trustee at the meeting of creditors. Original documents are required; photocopies are not sufficient. Failure to comply will result in referral of your case to the U.S. Trustee for action.

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts**
**and All Reaffirmation Agreements must be filed with the bankruptcy clerk's office by December 14, 2015**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days of any amendment to the list or supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) for converted cases.

## Creditors May Not Take Certain Actions:
Generally, the filing of the bankruptcy case automatically stays certain collection and other actions against the Debtor and the Debtor's property. There are some exceptions provided for in 11 U.S.C. § 362. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>700 Stewart St, Room 6301<br>Seattle, WA 98101<br>Telephone number: 206–370–5200 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Mark L. Hatcher<br><br>This case has been assigned to Judge Timothy W. Dore |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM | Date: September 14, 2015 |

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Notice Re: Dismissal | If the debtor fails to file required schedules, statements or lists within 15 days from the date the petition is filed, or object to dismissal of the case indicating why dismissal is not appropriate, the case may be dismissed without further notice. If the Debtor(s) fails to appear at the meeting of creditors, the U.S. Trustee may apply for an order of dismissal without further notice. |
| Appointment of Trustee | Pursuant to 11 U.S.C. §701 and §322 and Fed. R. Bankr. P. 2008, **Nancy L James** is appointed Trustee of the estate of the above named Debtor to serve under the Trustee's blanket bond. The appointment is made effective on the date of this notice. Unless the Trustee notifies the U.S. Trustee and the Court in writing or rejection of the appointment within seven (7) days of receipt of this notice, the Trustee shall be deemed to have accepted the appointment. Unless creditors elect another Trustee at the meeting of creditors, the Interim Trustee appointed herein will serve as the Trustee.<br><br>Thomas A. Buford, Assistant U.S. Trustee for Region 18 |

## Refer to Other Side for Important Deadlines and Notices