| | |
|---|---|
| 1 | Judge: Hon. Timothy W. Dore |
| 2 | Location: Seattle |
| | Chapter: 7 |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re

LEIGH ANN STONE,

        Debtor.

No. 15-15473-TWD

NOTICE OF APPEARANCE

*(Clerk's Action Required)*

TO:        Clerk of the Court;

AND TO:    All parties and their counsel of record.

    PLEASE TAKE NOTICE that William F. Cronin and David I. Freeburg hereby appear in this proceeding on behalf of Creditor Michael McConnell. All further papers and pleadings in this proceeding, except process, may be served upon Mr. McConnell by delivering a copy to the undersigned attorneys at the address below.

NOTICE OF APPEARANCE – Page 1

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Case 15-15473-TWD    Doc 8    Filed 10/07/15    Ent. 10/07/15 10:34:18    Pg. 1 of 3

DATED this 7th day of October, 2015.

        CORR CRONIN MICHELSON
        BAUMGARDNER FOGG & MOORE LLP

         *s/ David I. Freeburg*
        William F. Cronin, WSBA No. 08667
        David I. Freeburg, WSBA No. 48935
        1001 Fourth Avenue, Suite 3900
        Seattle, Washington  98154-1051
        (206) 625-8600 Phone
        (206) 625-0900 Fax
        wcronin@corrcronin.com
        dfreeburg@corrcronin.com

        *Attorneys for Creditor*
        *Michael McConnell*

NOTICE OF APPEARANCE – Page 2

**CORR CRONIN MICHELSON**
**BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Case 15-15473-TWD    Doc 8    Filed 10/07/15    Ent. 10/07/15 10:34:18    Pg. 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify on October 7, 2015, I caused the foregoing document to be electronically filed with the Clerk of the U.S. Bankruptcy Court for the Western District of Washington using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 7th day of October, at Seattle, Washington.

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP

*s/ David I. Freeburg*
David I. Freeburg, WSBA No. 48935
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
(206) 625-8600 Phone
(206) 625-0900 Fax
dfreeburg@corrcronin.com

NOTICE OF APPEARANCE – Page 3

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Case 15-15473-TWD    Doc 8    Filed 10/07/15    Ent. 10/07/15 10:34:18    Pg. 3 of 3