# United States Bankruptcy Court
## Western District of Washington

In re **Leigh Ann Stone**, Debtor

Case No. **15-15473**

Chapter **7**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 440,000.00 | | |
| B - Personal Property | Yes | 4 | 21,226.88 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 486,639.80 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 442,518.06 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 5,885.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,961.00 |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| | | Total Assets | 461,226.88 | | |
| | | | Total Liabilities | 929,157.86 | |

# United States Bankruptcy Court
## Western District of Washington

In re  **Leigh Ann Stone** , Case No. **15-15473**
Debtor

Chapter **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re **Leigh Ann Stone**, Case No. **15-15473**
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Alicia Amiri<br>1734 26th Ave. S.<br>Seattle, WA 98144 | X | - | **Potential liability for contribution**<br>**BUSINESS DEBT** | | | | **Unknown** |
| Account No. xxxxxxxxxxx1000 <br><br>American Express<br>PO Box 650448<br>Dallas, TX 75265 | | - | Date Opened: 12/29/2014 Last Used: 07/25/2015<br>**Charge Card**<br>**BUSINESS DEBT** | | | | 1,558.89 |
| Account No. xxxe #563 <br><br>Breskin, Johnson, Townsend Pllc<br>1000 Second Ave #3670<br>Seattle, WA 98104 | X | - | 02/10/2015<br>**Legal Bill**<br>**BUSINESS DEBT** | | | | 2,011.84 |
| Account No. 035B <br><br>Century Link<br>PO Box 91155<br>Seattle, WA 98111 | X | - | 05/16/2015<br>**Utility Bill**<br>**BUSINESS DEBT** | | | | 744.61 |

__2__ continuation sheets attached

Subtotal (Total of this page) **4,315.34**

In re **Leigh Ann Stone**, Case No. **15-15473**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx-x-xx722-4<br><br>DWW Associates, LLC<br>c/o Arthur Wahl, Reg. Agent<br>1420 5th Ave., #1700<br>Seattle, WA 98101 | X | - | **Breach of Lease**<br>**BUSINESS DEBT** | | X | X | Unknown |
| Account No. xxxxxxxxxxxx1389<br><br>Home Depot<br>PO Box 790328<br>St Louis, MO 63179 | | - | Date Opened: 09/23/2014 Last Used: 01/21/2015<br>**Credit Card**<br>**BUSINESS DEBT** | | | | 3,007.06 |
| Account No. xx-x-xx722-4<br><br>Michael McConnell<br>c/o William Cronin<br>1001 Fourth Ave., #3900<br>Seattle, WA 98154-1051 | X | - | **Potential contribution liability and amount owed under personal guaranty of note to Puget Sound Bank purchased by creditor.**<br>**BUSINESS DEBT**<br>    Subject to setoff. | | X | X | Unknown |
| Account No.<br><br>Puget Sound Bank<br>10500 NE 8th St., #1500<br>Bellevue, WA 98004 | X | - | **Unconditional personal guaranty**<br>**BUSINESS DEBT**<br>**Debtor has been informed the note and personal guaranty have been purchased by creditor Michael McConnell. Debtor believes the transfer would have occured after the date of filing if executed** | | | | 433,759.16 |
| Account No. xx303-1<br><br>Riordan Law, Ps<br>600 Stewart St #1300<br>Seattle, WA 98101 | | - | 08/10/2015<br><br>**Legal Bill** | | | | 1,436.50 |

Sheet no. **1** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **438,202.72**

In re **Leigh Ann Stone**, Case No. **15-15473**
    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx-x-xx599-1<br><br>Vio Design and Build, LLC<br>c/o Nicole Stone, Reg. Agent<br>4738 23rd Ave. SW<br>Seattle, WA 98106 | X | - | Services rendered<br>**BUSINESS DEBT**<br>Debtor has been informed the action on this debt was dismissed with prejudice as to money owed by her to creditor. Listed out of an abundance of caution for notice purposes only. | | | X | **Unknown** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **2** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **0.00**

Total (Report on Summary of Schedules): **442,518.06**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Western District of Washington

In re **Leigh Ann Stone**  
Debtor(s)

Case No. **15-15473**  
Chapter **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **22** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **October 20, 2015**    Signature **/s/ Leigh Ann Stone**  
**Leigh Ann Stone**  
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.