**Submitted But Not Entered.**

Judge: Hon. Timothy W. Dore
Location: Seattle
Chapter: 7

Timothy W. Dore
U.S. Bankruptcy Judge

**Does not comply with the formatting requirements of LBR 9021-1(d).**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

LEIGH ANN STONE,

           Debtor.

No. 15-15473-TWD

[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME

THIS MATTER having come before the Court on a joint motion from Debtor Leigh Ann Stone and Creditor Michael McConnell, the Court GRANTS the relief requested. Creditor Michael McConnell shall have until December 4, 2015 to file any objections to Ms. Stone's claim of exemptions in this matter.

SO ORDERED this __ day of _____, 2015.

_____
THE HONORABLE TIMOTHY W. DORE
UNITED STATES BANKRUPTCY COURT JUDGE

[PROPOSED] ORDER GRANTING JOINT MOTION
FOR EXTENSION OF TIME – Page 1
No. 15-15473-TWD

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Case 15-15473-TWD    Doc 17    Filed 12/01/15    Ent. 12/01/15 15:13:48    Pg. 1 of 3

Presented by:

 *s/ David I. Freeburg*
William F. Cronin, WSBA No. 08667
David I. Freeburg, WSBA No. 48935
CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington  98154-1051
Phone: (206) 625-8600
Fax: (206) 625-0900
wcronin@corrcronin.com
dfreeburg@corrcronin.com

*Attorneys for Creditor Michael McConnell*

Gloria Z. Nagler
Michael M. Sperry
NAGLER LAW GROUP P.S.
500 Union St, Suite 927
Seattle, Washington 98101-2332
Phone: (206) 224-3462
Fax: (844) 556-6717
gloria@naglerlaw.com
michael@naglerlaw.com

*Attorneys for Debtor Leigh Ann Stone*

[PROPOSED] ORDER GRANTING JOINT MOTION
FOR EXTENSION OF TIME – Page 2
No. 15-15473-TWD

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Case 15-15473-TWD    Doc 17    Filed 12/01/15    Ent. 12/01/15 15:13:48    Pg. 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify on November 30, 2015, I caused the foregoing document to be electronically filed with the Clerk of the U.S. Bankruptcy Court for the Western District of Washington using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 30th day of November, 2015, at Seattle, Washington.

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP

*s/ David I. Freeburg*
David I. Freeburg, WSBA No. 48935
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
(206) 625-8600 Phone
(206) 625-0900 Fax
dfreeburg@corrcronin.com

[PROPOSED] ORDER GRANTING JOINT MOTION
FOR EXTENSION OF TIME – Page 3
No. 15-15473-TWD

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1106 01 fk302j23ej

Case 15-15473-TWD    Doc 17    Filed 12/01/15    Ent. 12/01/15 15:13:48    Pg. 3 of 3