|   |   |
|---|---|
|   | Judge: Hon. Timothy W. Dore<br>Location: Seattle<br>Chapter: 7 |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>LEIGH ANN STONE,<br><br>               Debtor. | No. 15-15473-TWD<br><br>DECLARATION OF MAILING<br>CERTIFICATE OF SERVICE |

On December 7, 2015, I caused a copy of the following documents:

    1.     Notice of Objection and Objection to Debtor's Claim of Exemptions

    2.     (Proposed) Order Granting Objection to Debtor's Claim of Exemptions

    3.     Declaration of David Freeburg

to be served for delivery by the United States Postal Service via first class mail, postage prepaid, with sufficient postage thereon to the parties listed on the attached mailing matrix exhibit.

The undersigned hereby declares under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

DECLARATION OF MAILING
CERTIFICATE OF SERVICE – Page 1
No. 15-15473-TWD

**CORR CRONIN MICHELSON**
**BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Case 15-15473-TWD    Doc 25    Filed 12/07/15    Ent. 12/07/15 15:05:27    Pg. 1 of 4

DATED this 7th day of December, 2015.

                CORR CRONIN MICHELSON
                BAUMGARDNER FOGG & MOORE LLP

*s/ David I. Freeburg*
William F. Cronin, WSBA No. 08667
David I. Freeburg, WSBA No. 48935
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Phone: (206) 625-8600
Fax: (206) 625-0900
wcronin@corrcronin.com
dfreeburg@corrcronin.com

*Attorneys for Creditor Michael McConnell*

DECLARATION OF MAILING
CERTIFICATE OF SERVICE – Page 2
No. 15-15473-TWD

**CORR CRONIN MICHELSON**
**BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Case 15-15473-TWD    Doc 25    Filed 12/07/15    Ent. 12/07/15 15:05:27    Pg. 2 of 4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0981-2<br>Case 15-15473-TWD<br>Western District of Washington<br>Seattle<br>Wed Dec  2 11:11:18 PST 2015 | Alicia Amiri<br>1734 26th Ave. S.<br>Seattle, WA 98144-4728 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 |
| Black Mas, Llc<br>3019 Sw 110Th St<br>Seattle, WA 98146-1757 | Breskin, Johnson, Townsend Pllc<br>1000 Second Ave #3670<br>Seattle, WA 98104-1053 | Century Link<br>PO Box 91155<br>Seattle, WA 98111-9255 |
| DWW Associates, LLC<br>c/o Arthur Wahl, Reg. Agent<br>1420 5th Ave., #1700<br>Seattle, WA 98101-4088 | Davis Wright Tremaine<br>1300 SW 5th Ave., #2400<br>Portland, OR 97201-5682 | David Ian Freeburg<br>Corr Cronin Michelson et al LLP<br>1001 4th Ave Ste 3900<br>Seattle, WA 98154-1051 |
| Gregory Cavagnaro<br>2135 112th Ave. NE, #260<br>Bellevue, WA 98004-2923 | Home Depot<br>PO Box 790328<br>St Louis, MO 63179-0328 | Internal Revenue Service<br>Central Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Nancy L James<br>15008 63rd Dr SE<br>Snohomish, WA 98296-4213 | James Sullivan<br>PO Box 3138<br>Renton, WA 98056-0007 | Michael McConnell<br>c/o William Cronin<br>1001 Fourth Ave., #3900<br>Seattle, WA 98154-1051 |
| Gloria Z Nagler<br>Nagler Law Group PS<br>720 Olive Way Suite 1000<br>Seattle, WA 98101-1881 | Puget Sound Bank<br>10500 NE 8th St., #1500<br>Bellevue, WA 98004-4355 | Riddell Williams PS<br>1001 4th Ave., #4500<br>Seattle, WA 98154-1065 |
| Riordan Law, Ps<br>600 Stewart St #1300<br>Seattle, WA 98101-1255 | Leigh Ann Stone<br>3019 SW 110th St<br>Seattle, WA 98146-1757 | US Attorney's Office<br>Attn: Bankruptcy Assistant<br>700 Stewart St, Ste 5220<br>Seattle, WA 98101-4438 |
| US Dept of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 | United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 | Vio Design and Build, LLC<br>c/o Nicole Stone, Reg. Agent<br>4738 23rd Ave. SW<br>Seattle, WA 98106-1314 |
| Wells Fargo<br>Po Box 14411<br>Des Moines, WA 50306-3411 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Michael McConnell

End of Label Matrix  
Mailable recipients 24  
Bypassed recipients  1  
Total 25