# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No.  15-15473 |
| LEIGH ANN STONE | ) | |
| | ) | EX PARTE APPLICATION TO |
| | ) | EMPLOY ATTORNEY FOR TRUSTEE |
| _____ Debtor _____ | ) | |

COMES NOW the Trustee, Nancy L. James, and prays for authority pursuant to

11 USC §327 to employ Rory Livesey and Livesey Law Firm under general retainer to act as

attorney for the Trustee for the following purposes:

      1.  To assist with the valuation and liquidation of estate property;

      2.  To advise and consult with the Trustee concerning questions arising in the

conduct of the administration of the estate and concerning the Trustee's rights and remedies

with regard to the estate's assets and the claims of the secured preferred and unsecured

creditors and other parties in interest;

      3.  To appear for, prosecute, defend and represent the Trustee's interest in

litigation arising in or related to this case;

      4.  To investigate and prosecute preference or other actions arising under the

Trustee's avoiding powers; and

Ex Parte Motion to Employ Attorney - 1

5.  To assist in the preparation of such pleadings, motions, notices and orders as are required for the orderly administration of this estate.

6.  Services first performed:  January 6, 2016.

7.  No retainer has been paid or promised.  The attorney will seek compensation from estate funds under separate application and order.  The attorney's hourly rate is $375.

The trustee is not aware of any connections between Rory Livesey, and the debtor, creditors, any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee other than as set forth above.  No notice to creditors or interested parties of this motion is necessary pursuant to 11 U.S.C. section 102(1) and FRBP 2002.  The attorney is qualified to provide legal services required in the instant case.  The attorneys will seek compensation at their normal hourly rates.

DATED this 8th day of January, 2016.

/s/ Nancy L. James

_____
Nancy L. James
Trustee

Ex Parte Motion to Employ Attorney - 2