Honorable Timothy W. Dore
July 8, 2016; 9:30 a.m.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: <br><br> LEIGH ANN STONE, d/b/a Crybaby Productions LLC, d/b/a Black Mas LLC, d/b/a Black Mountain LLC, f/d/b/a Crybaby Studios LLC, <br><br> Debtor(s). | Chapter 7 <br> Bankruptcy No. 15-15473 <br><br> ORDER APPROVING COMPROMISE OF CLAIMS |

THIS MATTER having come regularly before the above-signed judge of the above-entitled court upon the trustee's motion to compromise claims, proper notice having been given and no objections having been timely filed, good cause appearing, and it being in the best interest of the estate, now, therefore, it is hereby

ORDERED that the trustee, Nancy James, may settle the estate's claim regarding the alleged preferential security interest of James Sullivan by payment of $5,500.

IT IS HEREBY FURTHER ORDERED that the $5,500 referenced in the paragraph above may be credited against the $44,000 purchase price by James Sullivan of Crybaby Productions, LLC, with a net to the estate of $38,500.

**ORDER APPROVING**
**COMPROMISE OF CLAIMS**
160706aOrd  Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

IT IS HEREBY FURTHER ORDERED that James Sullivan will waive the balance of his claim against the bankruptcy estate.

IT IS HEREBY FURTHER ORDERED that, should the sale of Crybaby Productions, LLC to James Sullivan not close within fourteen (14) days of the date of this order by reason of Mr. Sullivan failing to close the sale, the trustee may sell the estate's interest in Crybaby Productions, LLC to Michael McConnell for $45,000, and the trustee may disburse $5,500 of the proceeds to James Sullivan.

IT IS HEREBY FURTHER ORDERED that the trustee may settle the cross claims asserted by the debtor against Michael McConnell in King County Superior Court Cause No. 15-2-10722-4SEA for $3,000 and this order will constitute a release by the trustee of all claims, known and unknown, that could be asserted against Michael McConnell by debtor Leigh Stone or her estate.

IT IS HEREBY FURTHER ORDERED that Michael McConnell shall have an unsecured claim against the estate for $435,012.50, the liquidated portion of his general unsecured claim, and he shall waive the unliquidated portion of his claim.

//// END OF ORDER ////

Presented By:

THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*

Rory C. Livesey, WSBA #17601
Attorneys for Trustee

The Livesey Law Firm
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

**ORDER APPROVING COMPROMISE OF CLAIMS**
160706aOrd  Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 15-15473-TWD    Doc 63    Filed 07/06/16    Ent. 07/06/16 09:45:50    Pg. 2 of 2